# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MARK W. McCOY**                                                                                                             **PLAINTIFF**

**v.**                          **CASE NO. 3:20-CV-00345-BSM**

**MIRANDA BLEVINS,** *et al.*                                                                                       **DEFENDANTS**

## ORDER

Mark McCoy has not served defendant Van Hutchinson, and the time to do so has passed. Fed. R. Civ. P. 4(m). Van Hutchinson is dismissed without prejudice.

IT IS SO ORDERED this 29th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE