IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARK W. McCOY                      PLAINTIFF

v.               CASE NO. 3:20-CV-00345-BSM

MIRANDA BLEVINS, *et al.*            DEFENDANTS

## ORDER

Plaintiff's motion to amend [Doc. No. 6] is granted. The order dismissing defendant Van Hutchinson, *see* Doc. No. 4, is vacated because Van Hutchinson has been served. *See* Doc. No. 5-1 at 44.

Plaintiff's claims against Van Hutchinson are remanded to the Circuit Court of Jackson County, however. This is because judgment was entered against Van Hutchinson, Doc. No. 6 ¶ 2, and only the determination of damages remains. *See* 28 U.S.C. § 1441(e)(4).

IT IS SO ORDERED this 12th day of April, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE