IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARK W. MCCOY                                                                                    PLAINTIFF

v.                          CASE NO. 3:20-CV-00345-BSM

MIRANDA BLEVINS, individually and
in her official capacity and JAMES MOODY,
individually and in his official capacity                                                  DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE